# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** III  **Investigating Agency** FBI

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Allan Nip  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Boston, Massachusetts

Birth date (Yr only): 1994  SSN (last4#): _____  Sex: M  Race: Asian  Nationality: USA

**Defense Counsel if known:** _____  Address: _____

**Bar Number:** _____

## U.S. Attorney Information:

AUSA: John T. McNeil  Bar Number if applicable: 550473

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☑ Misdemeanor 1  ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/7/2024  Signature of AUSA: /s/ John T. McNeil
Digitally signed by JOHN MCNEIL
Date: 2024.09.07 21:38:47 -04'00'

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Allan Nip

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 49 U.S.C. §§ 46307 and 4010 | Violation of National Defense Airspace | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  This is a misdemeanor information.  A deferred prosecution agreement will be filed once this matter is docketed.