UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:24-cr-10276 |
| ) | |
| ALLAN NIP, ) | |
|     Defendant ) | |

**ORDER ON DEFERRED PROSECUTION AGREEMENT**

The Court has been advised that the defendant, Allan Nip, has entered into a deferred prosecution agreement dated September 10, 2024, with the United States Attorney's office. A copy of the agreement is attached to this order and is incorporated by reference.

Pursuant to 18 U.S.C. §3161(h)(2), the Court excludes from the Speedy Trial Act calculation a period of one year commencing on the date of arraignment in this matter, for the defendant to demonstrate his good conduct.

The deferred prosecution agreement includes a condition that requires Allan Nip to pay a criminal penalty of $5,000. It is ORDERED that the clerk of the court accept and receive this sum.

_____        _____
Hon.                                                                                   Date